UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL FIGUEROA, on his
own behalf and others similarly situated,

Plaintiff,                                             CASE NO.: 6:09-cv-1730-Orl-31GKS

v.

IMAGE RENT A CAR, INC., a Foreign Profit
Corporation,

    Defendant.
_____/

**MOTION FOR ENTRY OF DEFAULT FINAL JUDGMENT**
**AND INCORPORATED MEMORANDUM OF LAW**

    Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, Plaintiff, MICHAEL FIGUEROA ("Plaintiff"), moves for the entry of a Final Default Judgment for Plaintiff against Defendant, IMAGE RENT A CAR, INC. ("Defendant"), and states:

    1.    On October 13, 2009, Plaintiff filed a Complaint for unpaid overtime compensation, declaratory relief, and other relief under the Fair Labor Standards Act, as amended, 29 U.S.C. § 216(b) (the "FLSA"). [DE. 1]

    2.    On October 19, 2009, Defendant was served with a summons and a Copy of the Complaint. *See* Affidavit of Service, attached as **Exhibit A**. [DE. 9]

    3.    Because Defendant failed to serve any paper on the undersigned as required by law, Plaintiffs filed a Motion for Clerk's Default against Defendant on November 11, 2009. [DE. 10]

    4.    By Order dated November 13, 2009, the Clerk entered a Default against Defendant. [DE. 11]

5.      As of the filing of the instant Motion, Defendant has not retained counsel, filed any motion or pleading in response to the Complaint, and as a result, Defendant has failed to serve any paper on the undersigned or file any paper required by law in response to the Complaint. Accordingly, Plaintiff now requests a Default Final Judgment in his favor and against Defendant.

6.      Attached as **Exhibit B** is Plaintiff's Affidavit evidencing the amount of wages he is owed. Plaintiff's Affidavit is the best evidence of his hours worked as Defendant has failed to participate in this case. Such approximations of hours worked by an employee are acceptable when there are no time records available. *See Anderson v. Mt. Clemens Pottery Co.,* 328 U.S. 680 (1946); *Reich v. Southern New England Telecom. Corp.,* 121 F.3d 58 (2d Cir. 1997).[1]

7.      Plaintiff MICHAEL FIGUEROA's, wages, inclusive of liquidated damages and unpaid wages, total $10,200.00. *See* Plaintiff, MICHAEL FIGUEROA's, Affidavit at ¶13.

8.      An employer who seeks to avoid liquidated damages as a result of violating the provisions of the FLSA bears the burden of proving that its violation was both in good faith and predicated upon reasonable grounds. *See Joiner v. City of Macon,* 814 F.2d 1537 (11th Cir. 1987). In this case, Defendant, by virtue of having failed to respond to Plaintiff's Complaint, fail to meet its burden to oppose the imposition of liquidated damages.

9.      An additional element of Plaintiff's claims is the recovery of costs. Specifically, 29 U.S.C. § 216(b) authorizes an award of costs to the prevailing plaintiffs in any proceedings to enforce the provisions of the FLSA. The Complaint in this case shows that this was a proceeding to enforce the provisions of the FLSA. Expenses in the amount of $446.20 were incurred in this case. *See* Cost Statement attached as **Exhibit C**.

---

[1] Plaintiff's undersigned counsel is not seeking an award for reasonable attorney's fees by the instant Motion.

15. By executing this Motion, counsel for Plaintiff certifies that he has fully reviewed the time records and supporting data in support of such Motion and that this Motion is well grounded in fact and justified.

WHEREFORE, Plaintiff, MICHAEL FIGUEROA requests the entry of a Final Judgment in his favor and against the Defendant in the total amount of $10,646.20, broken down as follows:

Plaintiff: $10,200.00
Morgan & Morgan: $446.20 (costs)

DATED this 24th day of November 2009.

Respectfully submitted,

**s/ ANDREW FRISCH**
Andrew Frisch, Esq.
FL Bar No.: 27777
MORGAN & MORGAN
6824 Griffin Road
Davie, Florida 33314
Tel: 954-318-0268
Fax: 954-333-3515
E-mail: afrisch@forthepeople.com

Trial Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of November 2009, a true and correct copy of the foregoing document was sent via U.S. Mail to: IMAGE RENT A CAR, INC., Jose Felix, Registered Agent for Defendant, 2440 W SR 84, Fort Lauderdale, FL 33312

s/ ANDREW FRISCH
ANDREW FRISCH