UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

CASE NO.: 6:09-CV-1730-ORL-31GKS

MICHAEL FIGUEROA,

    Plaintiff,

v.

IMAGE RENT A CAR, INC.,

    Defendant.
_____/

## DEFENDANT'S ANSWER

Defendant, Image Rent A Car, Inc., files its Answer to the Plaintiff's Complaint and states:

1. Defendant admits that jurisdiction is proper with this Court under the Fair Labor Standards Act, but denies liability for the Plaintiff's claims.

2. Admitted.

3. Without knowledge.

4. Defendant admits it is a foreign corporation and that it engaged in business in Florida, but denies that it maintains its principal place of business in Florida.

5. Defendant admits that it was engaged in commerce, but not necessarily in interstate commerce.

6. Defendant admits that the Plaintiff was employed by the Defendant.

7. Defendant admits that it employed the Plaintiff.

8. Without knowledge.

9. Denied.

10. Without knowledge.

11. Denied.

12. Denied.

13. Denied.

14. Denied.

15. Admitted.

16. Denied.

17. Denied.

18. Denied.

19. Without knowledge.

20. Defendant adopts its previous above responses.

21. Denied.

22. Denied.

23. Without knowledge.

24. Denied.

25. Without knowledge.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

## AFFIRMATIVE DEFENSES

30. Plaintiff is not an individual covered by the FLSA because he was not engaged in interstate commerce, or in the production of goods for interstate commerce.

31. On information and belief and subject to verification through the Defendant's accounting records, Defendant is not an employer subject to the FLSA because it is not engaged in interstate commerce and/or does not have annual gross volume of sales made or business done in excess of $500,000.

32. Plaintiff's claim for liquidated damages is barred because the Defendant did not willfully violate the FLSA.

33. Plaintiff's claims for liquidated damages and prejudgment interest must be stricken because Plaintiff cannot recover both forms of damages in an action under the FLSA.

34. Any claim for overtime pay by the Plaintiff must be offset by the damages caused to the Defendant during Plaintiffs employment.

Wherefore, Defendant, Image Rent A Car, Inc., demands judgment in its favor.

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Andrew Frisch, Esq., Morgan

and Morgan, PA, 6824 Griffin Rd., Ft. Lauderdale, FL 33314, via transmission of Notices of Electronic Filing generated by CM/ECF.

/s Mark Goldstein
_____
By: Mark Goldstein
Fla. Bar No: 882186
Counsel for Defendant
Email: markgoldstein98@yahoo.com
111 NE First Street, Third Floor
Miami, FL 33132
Telephone: (305) 390-2341