**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MICHAEL FIGUEROA on his own behalf**
**and others similarly situated,**

        **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　**Case No.  6:09-cv-1730-Orl-31DAB**

**IMAGE RENT A CAR, INC. a foreign profit**
**corporation,**

        **Defendant.**

## ORDER TO SHOW CAUSE

The Defendant was given fourteen days to respond to an Interested Persons Order (Doc. No. 23) filed December 21, 2009, and emailed to counsel.  Defendant has failed to respond and is hereby **ORDERED TO SHOW CAUSE** in writing within **fourteen** days from the date of this Order why sanctions should not be imposed for failure to respond to the Interested Persons Order.

**DONE** and **ORDERED** in Orlando, Florida this 13th day of January, 2010.

                                            GREGORY A. PRESNELL
Copies to:                             UNITED STATES DISTRICT JUDGE

Counsel of Record