UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

CASE NO.: 6:09-CV-1730-ORL-31GKS

MICHAEL FIGUEROA,

    Plaintiff,

v.

IMAGE RENT A CAR, INC.,

    Defendant.
_____/

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant, Image rent a Car, Inc., hereby discloses the following pursuant to this Court's Interested Persons Order (DE 23):

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

A.    Michael Figueroa - Plaintiff

B.    Gad Sebag – Director of Defendant

C.    Image Rent a Car, Inc. - Defendant

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

None

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Andrew Frisch, Esq., Morgan and Morgan, PA, 6824 Griffin Rd., Ft. Lauderdale, FL 33314, via transmission of Notices of Electronic Filing generated by CM/ECF.

/s Mark Goldstein
_____
By: Mark Goldstein
Fla. Bar No: 882186
Counsel for Defendant
Email: markgoldstein98@yahoo.com
111 NE First Street, Third Floor
Miami, FL 33132
Telephone: (305) 390-2341