UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

CASE NO.: 6:09-CV-1730-ORL-31GKS

MICHAEL FIGUEROA,

    Plaintiff,

v.

IMAGE RENT A CAR, INC.,

    Defendant.
_____/

## DEFENDANT'S RESPONSE TO ORDER TO SHOW CAUSE

Defendant, Image Rent A Car, Inc., files its Response to the Court's Order to Show cause (DE 29) and states:

1.    The undersigned counsel was a partner in the Miami office of Rothstein Rosenfeldt Adler, a now infamous law firm, as its founding and managing partner Scott Rothstein has been disbarred and is incarcerated in federal prison for having operated a 1.2 billion dollar ponzi scheme.

2.    Based on the recent dissolution of the Rothstein firm, the undersigned was forced to establish a solo practice, after having been a member of this eighty lawyer firm, with full secretarial assistance and support.

3.    The undersigned recently located a downtown Miami office, moved 27 boxes of client files, established trust and operating accounts and has had to

deal with learning to operate a one man law office, without associates or secretaries.[1]

4. In the process of learning to file documents electronically and calendaring deadlines (tasks previously handled by secretarial staff) the undersigned inadvertently missed the Court's deadline imposed in the Certificate of Interested Persons Order (DE 23).

5. The missed deadline was no fault of the client and the undersigned counsel begs the Court's forgiveness and hopes that the Court will take into consideration the difficult professional circumstances that the Defendant's counsel has experienced by the recent implosion of his law firm.

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Andrew Frisch, Esq., Morgan and Morgan, PA, 6824 Griffin Rd., Ft. Lauderdale, FL 33314, via transmission of Notices of Electronic Filing generated by CM/ECF.

/s Mark Goldstein

By: Mark Goldstein
Fla. Bar No: 882186
Counsel for Defendant
Email: markgoldstein98@yahoo.com
111 NE First Street, Third Floor
Miami, FL 33132
Telephone: (305) 390-2341

---

[1] Ironically, opposing counsel in this action actually was kind enough to teach the undersigned how to electronically file documents. The undersigned has long been a member in good standing of this Court and the other two districts in Florida, but this case is the first instance in which the undersigned personally used the ECF system, instead of a secretary, to file documents.