**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MICHAEL FIGUEROA on his own behalf**
**and others similarly situated,**

        **Plaintiff,**

**-vs-**                                Case No. 6:09-cv-1730-Orl-31DAB

**IMAGE RENT A CAR, INC. a foreign**
**profit corporation,**

        **Defendant.**
_____

## ORDER

The case is before the Court *sua sponte*. On February 17, 2010, counsel filed their Settlement Report (Doc. No. 33) and attached a Case Management Report (Doc. No. 33-1) to the same docket entry. In the future, counsel shall file their Settlement Reports and file their Case Management Report separately.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 18, 2010.

Copies furnished to:

Counsel of Record
Unrepresented Party

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE