UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

CASE NO.: 6:09-CV-1730-ORL-31GKS

MICHAEL FIGUEROA,

    Plaintiff,

v.

IMAGE RENT A CAR, INC.,

    Defendant.

_____/

## DEFENDANT'S COUNSEL'S MOTION TO WITHDRAW

Defendant's counsel, Mark Goldstein, Esq., moves to withdraw as counsel for the Defendant in this action, Image Rent A Car, Inc., and states:

1. Defendant's counsel has called his contact with the Defendant on many recent occasions and sent e-mails to his contact person, but no response to the telephone calls or e-mails have been received. Discovery is pending and without client cooperation and contact the undersigned is unable to further properly represent the Defendant in this matter.

Wherefore, Defendant's counsel, Mark Goldstein, Esq., moves the Court to allow him to withdraw as counsel for the Defendant and to be relieved of any further responsibility for representing the Defendant in this action.

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Andrew Frisch, Esq., Morgan and Morgan, PA, 6824 Griffin Rd., Ft. Lauderdale, FL 33314, via transmission of Notices of Electronic Filing generated by CM/ECF and mailed to Gad Sebag, Image Rent a Car, Inc., 391 Empire Blvd., Brooklyn NY 11225.

/s Mark Goldstein
_____
By: Mark Goldstein
Fla. Bar No: 882186
Email: markgoldstein98@yahoo.com
111 NE First Street, Third Floor
Miami, FL 33132
Telephone: (305) 390-2341