**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MICHAEL FIGUEROA on his own behalf**
**and others similarly situated,**

            **Plaintiff,**

**-vs-**                          **Case No.  6:09-cv-1730-Orl-31DAB**

**IMAGE RENT A CAR, INC. a foreign**
**profit corporation,**

            **Defendant.**
_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **AMENDED MOTION TO WITHDRAW AS COUNSEL (Doc. No. 43)**
>
> **FILED:**      **May 7, 2010**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

As set forth in the local rules of this Court, a corporation can only appear through counsel. Local Rule 2.03(e). Allowance of withdrawal leaves the corporation without a voice in this litigation, which results in difficulties for the Court and opposing counsel and therefore, absent compelling ethical considerations mandating withdrawal, such a request will be denied. While counsel notes that Defendant has been uncommunicative, such is not a compelling reason mandating withdrawal.

The Court is mindful that the circumstances of the case make it near impossible for counsel to respond to discovery and scheduling requirements, which may result in Plaintiff seeking relief (perhaps even a default). So be it. Such a result does not reflect on counsel so long as he has kept his client informed of the proceedings and its responsibilities and maintains his candor about his inability to respond substantively. That said, having undertaken this representation, current counsel is the only voice the corporation has in this litigation and unless and until substitute counsel appears in this case, counsel must continue the compromised representation as best he can. The Defendant's failure to abide by obligations to its own counsel should not be permitted to prejudice the Plaintiff or slow the progress of the case.

**DONE** and **ORDERED** in Orlando, Florida on May 10, 2010.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record