**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MICHAEL FIGUEROA on his own behalf
and others similarly situated,**

                **Plaintiff,**

**-vs-**                                                            **Case No.  6:09-cv-1730-Orl-31DAB**

**IMAGE RENT A CAR, INC. a foreign
profit corporation,**

                **Defendant.**
_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **MOTION TO COMPEL DISCOVERY (Doc. No. 46)**
>
> **FILED:**      **June 2, 2010**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED and further, Defendant Image Rent A Car, Inc. is ORDERED to show cause why it's pleadings should not be stricken and a default be entered against it, as set forth below**.

According to the motion, the corporate defendant has failed to respond to discovery, despite extensions of time in which to do so. As set forth in earlier papers, Defendant's counsel has sought withdrawal, due to the failure of Defendant to cooperate in its defense and to respond to its own counsel (Doc. Nos. 39, 43). Indeed, Defendant has filed no response to the instant motion. The motion to compel is **GRANTED, as unopposed.**

Further, the Court finds the circumstances indicate the Defendant has abandoned its defense in this matter. Therefore, Defendant is **ORDERED** to respond to the propounded discovery **within 14 days of the date of this Order.** In addition to compliance, Defendant is **ORDERED TO SHOW CAUSE** in writing, within 14 days of the date of this Order, why its Answer should not be stricken and a default should not be entered against it, for abandonment of its defense. **Failure to comply in full with the terms of this Order shall result in a recommendation that a default be entered against Defendant without further notice.**

**DONE** and **ORDERED** in Orlando, Florida on June 21, 2010.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record