# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MICHAEL FIGUEROA on his own behalf
and others similarly situated,**

                    **Plaintiff,**

-vs-                                        **Case No.  6:09-cv-1730-Orl-31DAB**

**IMAGE RENT A CAR, INC. and JOSE
FELIX,**
                    **Defendants.**
_____

# ORDER

This cause comes before the Court on the Order and Report and Recommendation (Doc. No. 53) entered by the United States Magistrate Judge on July 15, 2010.

This order denied Plaintiff's Motion for Default Judgment (Doc. No. 52) and included a report recommending that the answer of Defendant Image Rent A Car, Inc. be stricken and that judicial default be entered against the defendant. No objections have been filed.  Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

    2.    The Answer filed by Defendant Image Rent A Car, Inc. is **STRICKEN**.

3.      Default is hereby entered against Defendant Image Rent A Car, Inc.  Within fourteen (14) days of the date of this order, Plaintiff shall file a Motion for Default Judgment against the defendant.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on the 2nd day of August, 2010.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party