# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MICHAEL FIGUEROA,**

      **Plaintiff,**

**-vs-**                                             **Case No. 6:09-cv-1730-Orl-31DAB**

**IMAGE RENT A CAR, INC. and JOSE FELIX,**

      **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **MOTION TO COMPEL DISCOVERY RESPONSES AS TO DEFENDANT JOSE FELIX (Doc. No. 56)**
>
> **FILED:**    **August 10, 2010**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED** and further, Defendant Jose Felix is **ordered** to show cause why his pleadings should not be stricken and a default entered against him, as set forth below.

According to the motion, Defendant Felix has failed to provide responses and documents to Plaintiff's First Set of Interrogatories and First Request for Production of Documents. In the Local Rule 3.01(g) certification, Plaintiff advises that he has conferred with counsel for Felix "and is authorized to relay that counsel is unable to reach Defendant, and therefore it is unknown whether or not Defendant . . . opposes the relief sought in this motion." (Doc. No. 56 at 5). The same counsel has previously sought withdrawal from representation of the corporate co-defendant, for similar

reasons. Not surprisingly, Defendant has filed no response to the instant motion. The motion to compel is **GRANTED,** as unopposed.

Further, the Court finds the circumstances (including failure to respond to discovery, failure to respond to the instant motion) indicate that this Defendant has abandoned his defense in this matter. Therefore, Defendant Jose Felix is **ORDERED** to respond to the propounded discovery within 14 days of the date of this Order. In addition to compliance, Defendant Jose Felix is **ORDERED TO SHOW CAUSE** in writing, within 14 days of the date of this Order, why his Answer should not be stricken and a default should not be entered against him, for abandonment of his defense. **Failure to comply in full with the terms of this Order shall result in a recommendation that a default be entered against Defendant without further notice.**

In view of the above, the Motion for Default Judgment against co-Defendant Image Rent A Car, Inc. (Doc. No. 57) is **deferred**, **pending resolution of this Order to Show Cause.**

**DONE** and **ORDERED** in Orlando, Florida on August 30, 2010.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties