UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL FIGUEROA, on his
own behalf and others similarly situated,

    Plaintiff,                                CASE NO.: 6:09-cv-1730-Orl-31DAB

v.

IMAGE RENT A CAR, INC., a Foreign Profit
Corporation, and JOSE FELIX, Individually

    Defendants.
_____/

## JOINT MOTION REQUESTING KAREN EVANS AS MEDIATOR

Pursuant to this Court's Order [DE 34] dated, 2010, Jill Schwartz has been appointed mediator in the above styled case. The parties inadvertently missed the mediator appointment in this Court's Order [DE 34] and respectfully request the Court enter an Order allowing Karen Evans of Litigation Resolution, Inc., located at 169 East Flagler Street, Suite 1229, Miami, Florida 33131, to be the parties' selected mediator in the above styled case.

If the matter of mediator selection is granted the parties anticipate holding mediation on September 27th at Plaintiff's counsel's office in Davie, Florida.

Although the case is pending in the Middle District of Florida, because that is where most of the events giving rise to the claim occurred, all parties reside in the Southern District of Florida and all parties' attorneys maintain their primary offices within the Southern District as well. Therefore, in order to save unnecessary travel costs and time, the parties seek to hold the mediation in the Southern District, with Karen Evans as the mutually agreeable mediator.

2

In conclusion, the parties respectfully request the Court enter an Order allowing Ms. Karen Evans. to be the parties' selected mediator in the above styled case.

Respectfully submitted this 7th day of September 2010.

| **s/ ANDREW FRISCH** | **s/ MARK GOLDSTEIN** |
|---|---|
| Andrew Frisch, Esquire | Mark Goldstein, Esquire |
| Florida Bar No.: 27777 | Florida Bar No.: 882186 |
| MORGAN & MORGAN, P.A. | 111 NE First Street, Third Street |
| 6824 Griffin Road | Miami, FL 33132 |
| Davie, Florida 33314 | Telephone: (305) 390-2341 |
| Telephone: (877) 435-9243 | E-mail: markgoldstein98@yahoo.com |
| Facsimile: (954) 333-3515 | |
| E-mail: AFrisch@forthepeople.com | |
| **Attorney for Plaintiff** | **Attorney for Defendants** |