# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MICHAEL FIGUEROA,**

        **Plaintiff,**

-vs-                                        Case No. 6:09-cv-1730-Orl-31DAB

**IMAGE RENT A CAR, INC. and JOSE FELIX,**

        **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **JOINT MOTION REQUESTING KAREN EVANS AS MEDIATOR (Doc. No. 60)** |
| **FILED:** | September 7, 2010 |
| **THEREON** it is **ORDERED** that the motion is **GRANTED**. | |

Karen Evans is substituted for Jill Schwartz as the mediator in this action. The deadline to complete mediation is September 30, 2010.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 9, 2010.

                                                                      GREGORY A. PRESNELL
                                                          UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party