UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL FIGUEROA, on his
own behalf and others similarly situated,

    Plaintiff,                                CASE NO.: 6:09-cv-1730-Orl-31DAB

v.

IMAGE RENT A CAR, INC., a Foreign Profit
Corporation, and JOSE FELIX, Individually

    Defendants.
_____/

## NOTICE OF SCHEDULING MEDIATION

Plaintiff, MICHAEL FIGUEROA ("Plaintiff"), gives notice that the parties have agreed that the mediation conference in this matter shall be held with Karen Evans of Litigation Resolution, Inc., located at 169 East Flagler Street, Suite 1229, Miami, Florida 33131 on September 27, 2010 at 9:00 a.m at Plaintiff's counsel's office at 6824 Griffin Road, Davie, FL 33314.

**RESPECTFULLY SUBMITTED** this 13th day of September 2010.

                                              **s/ ANDREW FRISCH**
                                              ANDREW FRISCH, ESQ
                                              FL Bar No.: 027777
                                              MORGAN & MORGAN, P.A.
                                              6824 Griffin Road
                                              Davie, Florida 33314
                                              Tel: 954-318-0268
                                              Fax: 954-333-3515
                                              E-Mail: afrisch@forthepeople.com
                                              Trial Counsel for Plaintiff

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 13th, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing all parties of record.

s/ ANDREW FRISCH<br>Andrew Frisch

cc: Karen Evans [Mediator]
 Michael Figueroa [ Plaintiff]