UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 6:09-CV-01730-GAP-DAB

MICHAEL FIGUEROA, on
his own behalf and others
similarly situated,

    Plaintiff,

v.

IMAGE RENT A CAR, INC., a
foreign profit corporation
and JOSE FELIX, individually,

    Defendants.
_____/

## REPORT OF MEDIATION

A mediation conference was held on September 27, 2010 for the above referenced matter. Mediator, KAREN EVANS, conducted the proceedings. The parties were present as indicated by their signatures below.

    _____There was an impasse.

    _____A partial agreement was reached.

    \_\_\_\_X\_\_\_\_\_A complete agreement was reached.

    _____The mediation was continued until _____.

_____    _____
Plaintiff                     Image Rent A Car, Inc.

_____    _____
Plaintiff's Counsel           Jose Felix

                                            _____
                                            Defendants' Counsel

_____
DATE

_____
KAREN EVANS, ESQUIRE
Mediator