**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MICHAEL FIGUEROA,**

         **Plaintiff,**

**-vs-**                                                           Case No.  6:09-cv-1730-Orl-31DAB

**IMAGE RENT A CAR, INC. and JOSE FELIX,**

         **Defendants.**

_____

## ORDER

Upon consideration of the Report of Mediation (Doc. 64), wherein it is indicated that this FLSA case has been settled, it is

**ORDERED** that the parties shall file their settlement agreement and motion for approval thereof by October 15, 2010.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 28, 2010.

Copies furnished to:

Counsel of Record
Unrepresented Party

                                                                             GREGORY A. PRESNELL
                                                                   UNITED STATES DISTRICT JUDGE