# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MICHAEL FIGUEROA,**

      **Plaintiff,**

-vs-                                                 Case No.  6:09-cv-1730-Orl-31DAB

**IMAGE RENT A CAR, INC. and JOSE FELIX,**

      **Defendants.**

## ORDER

This cause comes before the Court on the Motion for Default Judgment against Defendant Image Rent A Car, Inc. (Doc. No. 57), filed August 17, 2010.

On September 10, 2010, the United States Magistrate Judge issued a report (Doc. No. 61) recommending that the motion be denied. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1.    The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.    The Motion for Default Judgment against Defendant Image Rent A Car, Inc. is **DENIED** without prejudice, pending the conclusion of the case against Defendant Jose Felix.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on the 29th day of September, 2010.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

                                              GREGORY A. PRESNELL
                                       UNITED STATES DISTRICT JUDGE